# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

DISMISSAL PER FRAP 42(b)

Date: December 24, 2002

By the Court:

No. 02-3701

GIDEON RAY and RICHARD RAY,
    Plaintiffs - Appellants

v.

EDWARD KRAUSE, KEITH GRABAREK, PATRICK NEVISON, et al.,
    Defendants - Appellees

FILED

DEC 2 6 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division
No. 00 C 2325, Charles R. Norgle, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the parties on December 23, 2002,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

DOCKETED

DEC 30 2002

A True Copy:
Teste:

_[signature]_ Deputy
Clerk, United States
Court of Appeals for the
Seventh Circuit

63